# Exhibit  A



**Engineering Analysis &
Accident Reconstruction**

3660 Hartsfield Road, Ste. 123
Tallahassee, FL 32303

Phone (850) 558-3100
Fax (850) 575-8454

www.becconsult.com

December 21, 2011

**VIA E-MAIL (billstone@stonelaw.com)**

Mr. William S. Stone
Law Offices of Boone & Stone
589 College Street
Blakely, GA 39823

RE:        Mitchell, Donna & Hector, Robert v. Volkswagen Group of America
              Rule 26 Report of Findings

FILE:      BEC Project No. 13182

Dear Mr. Stone:

I have completed the preliminary analysis of the above-referenced incident. During my
analysis, I reviewed, analyzed, and considered the following materials and items:

1. Depositions
    a. Boyd, James dated 01NOV11
    b. Cotton, Officer George dated 12JUL11
    c. Fabian, Rafael dated 12JUL11
    d. Foster, Claude III dated 03NOV11
    e. French, Christian dated 01NOV11
    f. Harris, Daniel dated 01NOV11
    g. McGuire, Karen dated 03NOV11
    h. Walls, Jeffrey dated 12JUL11

2. Disc
    a. CD - BEC evidence intake photographs 22NOV10
    b. DVD - (2) Video of seat inspection, removal and degloving 01DEC10
    c. DVD - Defense expert vehicle inspection 29NOV11
    d. DVD - (4) Digital data of obtained by Defense biomechanic expert
       29NOV11

3. Medicals: Destin Browning
    a. American Medical Response
    b. West Georgia Health System
    c. Fulton County, GA Death Certificate

**Engineering Services   -   Graphics   -   Research**

4. Photographs
   a. BEC (28) - Evidence intake
   b. BEC (229) - Removal of left front seat and degloving
   c. BEC (78) - Driver seat belt
   d. BEC (12) - Accident vehicle crush measurements
   e. BEC (19) - Accident vehicle documentation
   f. Client (32) - Accident scene and vehicle
   g. Client (7) - Destin Browning

5. Pleadings
   a. Complaint for Damages

6. Reports
   a. Georgia Motor Vehicle Accident Report

7. Technical Data
   a. Engineer's Notes - LF seatbelt webbing documentation
   b. Engineer's Notes - Vehicle seat inspection
   c. Engineer's Notes - Crush profile measurements
   d. Engineer's Notes - Exemplar rear bumper profile measurements
   e. EBS Calculations
   f. SAE 2006-01-0899 / Accident Reconstruction for Rear Pole Impacts of Passenger Cars
   g. IIHS - Crash test summary
   h. NHTSA #301-CAL-99-05 - Safety Compliance Testing for FMVSS301 Fuel System Integrity
   i. Alldata - Convertible top electro/hydraulic, assembly overview
   j. Alldata - Convertible top manual, assembly overview
   k. Expert Autostats - 2005 Volkswagen Beetle
   l. Expert VIN Decoder -2005 Volkswagen Beetle

The review and analysis of the above materials reveals the following facts:

1. A single vehicle accident occurred on April 5, 2008.

2. According to the Georgia Motor Vehicle Accident Report (accident report) the subject accident occurred on Pyne Rd, 87 feet north of Savannah Place Drive at approximately 1:41PM.

3. The vehicle (Vehicle #1) has been identified as a 2005 Volkswagen Beetle Convertible, VIN: 3VWCM31Y05M355016.

4. This vehicle was operated by Ms. Destin Browning (Driver #1).

5. According to the accident report, "Vehicle #1 was traveling north on Pyne Road, negotiating a curve. The right side tires traveled 158 feet while on the east shoulder of Pyne Road. Driver #1 overcorrected causing Vehicle #1 to travel back across the N/B lane of Pyne Road. Driver #1 overcorrected again causing Vehicle #1 to rotate clockwise while traveling back across the N/B lane of Pyne Road. Vehicle #1 continued rotating clockwise as it skidded 112 feet off of the east shoulder of Pyne Road and across a ditch. The left side of Vehicle #1 struck some trees and continued to rotate. Vehicle #1 skidded an additional 41 feet after initial impact. The rear of Vehicle #1 struck a tree as it came to an uncontrolled final rest with its rear against the tree, facing south. The area of impact was off to the east shoulder of the roadway."

6. The right rear of the vehicle impacted the tree at the right end of the structural bumper, inside of the right rear wheel and tire.

7. The maximum crush to the vehicle was approximately 28.375 inches.

8. The speed limit in the area of this accident is 45MPH.

9. It was raining at or around the time of this accident and the roadway and ground surfaces were wet.

10. As a result of this accident, Ms. Destin Browning suffered a nondisplaced right occipital and basilar skull fracture which extended into the base of the occipital bone and the right side of the foramen magnum.

11. Ms. Browning expired on April 7, 2008; the Fulton County, Georgia Death Certificate cites "multiple head trauma" as the immediate cause of her death.

12. In his July 12, 2011 deposition, Mr. Rafael Fabian, a nearby resident who is believed to be among the first on scene after the accident, testified that Ms. Browning was utilizing her seatbelt at the time of the accident. Mr. Fabian unbuckled Ms. Browning's seatbelt at the scene.

13. Multiple witnesses have testified to observing the driver seat-back lying rearward onto or near the rear occupant seat-bottom and twisted clockwise.

14. Multiple witnesses have testified that, at final rest, the subject vehicle was still in contact with the tree that it struck with its right rear.

15. NHTSA Safety Compliance Testing For FMVSS301 - Fuel System Integrity #CX5801, dated 03JUN99, notes that both the left front and right front seats

reclined 18 degrees when the 1999 Volkswagen Beetle was impacted in the rear during testing.

Based on the above facts and my education, training and experience, it is my preliminary opinion, to a high degree of engineering and scientific certainty, that:

1. Using the Maximum Crush method for calculating the equivalent barrier speed (EBS) of a vehicle involved in a rear-end, pole impact as defined in *SAE 2006-01-0899 Accident Reconstruction for Rear*, the EBS calculated by the crush measured on the subject vehicle was 19.5MPH.

2. This calculation overestimates the speed in the subject collision because the impact location was to the right end of the structural bumper rather than in the center of the structural bumper as was assumed in the development of the Maximum Crush method.

3. The EBS in the subject collision is estimated to have been approximately 15-18MPH based on a calculated EBS of 19.5MPH adjusted for the reduced structural rigidity at the impact location.

4. Based on witness testimony that the vehicle was still in contact with the tree at final rest, the EBS is equivalent to the impact speed.

5. The left front seatback structure failed as a result of the low speed impact to the right rear of the vehicle allowing the seat to recline rearward and twist clockwise.

6. The impact forces to the right rear caused Ms. Browning to move rearward and to the right, towards the impact location.

7. Failure of the seatback allowed Ms. Browning's body to move from the left front seating position into the right rear seat area of the vehicle, led by her head.

8. Ms. Browning struck the right rear, pop-up, roll bar with the right rear of her head causing the nondisplaced skull fracture.

9. The left front seat in the subject vehicle is inherently defective and unreasonably dangerous for its intended use because it failed to retain the occupant when subjected to foreseeable, low speed rear impact forces such as those present in this accident.

10. Volkswagen knew, or should have known, that this seat would fail to properly restrain an occupant in a rear end collision and had a history of front occupant

seats reclining rearward during rear impact crash testing.

11. Stress and evidence on the left front restraint latch plate and webbing corroborate witness testimony that Ms. Browning was wearing her seatbelt at the time of the subject accident.

12. Volkswagen knew, or should have known, that an all-belts-to-seats (ABTS) restraint, coupled with a retractor pretensioner, will better restrain an occupant to their seats in a rear end collision.

13. An ABTS restraint coupled with a retractor pretensioner would have minimized Ms. Browning's rearward movement relative to her seat and would have prevented her from striking her head.

14. But for Volkswagen's defective design of the subject seat, Ms. Browning would not have struck her head and received the injuries that ultimately lead to her untimely death.

My opinions in this case are based on calculations and methodologies that are commonly used and reasonably relied on by experts in the field of accident reconstruction and biomechanical analysis. These methodologies are well-published and have been peer reviewed. There is sufficient factual data on which to base my opinions. The methodologies I have used have been accurately and reliably applied to those facts.

I reserve the right to modify or add to my opinions subject to review and analysis of additional discovery information, test data, technical information, or other materials obtained during the discovery process.

Yours very truly,

BEC CONSULTING, LLC

Charles E. Benedict, Ph.D., P.E.
Consultant

CEB/glg

Enc.   Trial and Testimony List
     Curriculum Vitae – Charles E. Benedict, Ph.D., P.E.

RECEIVED

RECEIVED

# Charles Benedict, Ph.D., P.E.



## Education/Training

**University of Florida:**
Ph.D. in Mechanical Engineering
M.S. in Mechanical Engineering
B.S. in Mechanical Engineering

**Florida State University:**
B.S. - Mathematics with Engineering Science Minor

**State of Florida P.E.:**
No. 17229

**State of Georgia P.E.:**
No. 23538

**State of Alabama P.E.:**
No. 26378-E

**State of South Carolina P.E.:**
No. 23491

**Board Certified Forensic Examiner:**
No. 631

**Texas A&M University:**
(TEEX) Advanced Commercial Vehicle Inspection and Collision Investigation Course

**SAE Motor Vehicle Accident Reconstruction Seminar**

**Crash Reconstruction Purpose and Principles (AAAM)**

**Crash Performance Standards and the Biomechanics of Impact (AAAM)**

**Accident Avoidance and Tire Blow-out Control and Dynamics**

**Motorcycle Dynamics and Accident Avoidance**

## Specialties:

- **Biomechanics**
- **Occupant Kinematics**
- **Vehicle Restraint Systems**
- **Vehicle Controlability**
- **Material Handling**
- **Patent Infringement**
- **Automobile Accidents**
- **Pedestrian Accidents**
- **General Engineering**
- **Product Design**
- **Fire & Explosion Analysis**
- **Tractor/Trailer Accidents**
- **Electrical Issues**

Dr. Benedict founded BEC Companies in 1982. He has over 35 years experience in the fields of product and machine design and analysis, vehicular accident reconstruction of all types, and product and system failure analysis. He has designed, developed, manufactured, and tested more than sixty different products and machine systems. Dr. Benedict is well respected in the fields of forensic engineering, product and machine system design and analysis, and patenting.



## BEC CONSULTING, LLC

3660 Hartsfield Rd.
Tallahassee, FL 32303
850-558-3100 ext. 115
cbenedict@becind.com

## Accident Reconstruction

# Curriculum Vitae
# Charles E. Benedict, Ph.D., P.E.

(850) 558-3114 · cbenedict@becind.com

Electro-mechanical engineer specializing in accident reconstruction including fire-cause analysis for vehicles, construction and processing, people movers, and other electro-mechanical systems; and product-failure analysis including product development and machine design. Dr. Benedict is qualified as an expert in federal and state courts in Florida, Georgia, Alabama, Mississippi, Louisiana, Maryland, Oregon, New Mexico, Wisconsin, South Carolina, California, Texas, Washington, Oklahoma, Missouri, Ohio, and others.

## EDUCATION

| | |
|---|---|
| 1971 | **Doctor of Philosophy in Mechanical Engineering by NDEA Title IV Fellowship** <br> Minor, Electrical Engineering <br> University of Florida, Gainesville, FL |
| 1969 | **Master of Science in Mechanical Engineering** <br> University of Florida, Gainesville, FL |
| 1968 | **Bachelor of Science in Mechanical Engineering** <br> With High Honors <br> University of Florida, Gainesville, FL |
| 1963 | **Bachelor of Science in Mathematics** <br> Minor, Engineering Science <br> Florida State University, Tallahassee, FL |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1982 to present | **BEC Companies, Inc.** <br> **(Formerly Benedict Engineering Company, Inc.), Tallahassee, FL** <br> President and CEO <br><br> **BEC Industries, LLC, Tallahassee, FL** <br> General Manager and CEO <br><br> **BEC Consulting, LLC, Tallahassee, FL** <br> Consultant and CEO |
| 1982 to 1984 | **Benedict & Associates, Inc., Tallahassee, FL** <br> President |

| **1971 to 1981** | **Wayne H. Coloney Company, Inc., Tallahassee, FL** |
| 1978 to 1981 | President |
| 1973 to 1977 | Vice President |
| 1972 to 1973 | Manager, Forensic Engineering and Machine Design Division |
| 1971 to 1972 | Mechanical Engineering Consultant |

| **1964 to 1968** | **Florida Gas Transmission Company, Gainesville, FL** |
| | Measurement Technician |

| **1953 to 1963** | **Barrett, Daffin, Coloney & Bishop, Tallahassee, FL** |
| | Engineering Technician |


## LICENSES, REGISTRATIONS & CERTIFICATIONS

| No. 17229 | State of Florida Professional Engineer |
| No. 26378-E | State of Alabama Professional Engineer |
| No. 23491 | State of South Carolina Professional Engineer |
| No. 23538 | State of Georgia Professional Engineer |
| No. 1228 | Board Certified Forensic Examiner |
| | Certified Counter Balanced Forklift Operator |

## PROFESSIONAL ASSOCIATIONS

- American College of Forensic Examiners, Fellow, I.D. #1228
- American Boat and Yacht Council
- American Society of Mechanical Engineers, Fellow
- American Society for Concrete Construction
- American Society of Agricultural Engineers
- American Society of Safety Engineers
- American Society for Testing Materials
- Association for the Advancement of Automotive Medicine
- Florida Engineering Society
- Governors Club, Founding Member
- National Defense Transportation Association
- National Fire Protection Association
- National Safety Council
- National Society of Professional Engineers
- President's Association Affiliated with American Management Association
- Society of Automotive Engineers
- Tau Beta Pi, Phi Kappa Phi, Pi Tau Sigma, Omicron Delta Kappa

## COURSEWORK/CONTINUING EDUCATION

| 2011 | "Safe Operation of Powered Industrial Truck" |
| | BEC Consulting, Tallahassee, FL |

| | |
|---|---|
| 2004 | "Analysis of Collisions Involving Pedestrians or Bicyclists"<br>Collision Safety Institute, Tallahassee, FL |
| 2000 | "Commercial Vehicle Inspection and Collision Investigation"<br>Texas A&M University, Tallahassee, FL |
| 2000 | "Advanced Vehicle Inspection and Collision Investigation"<br>Texas A&M University, Tallahassee, FL |
| 1991 | "SAE Motor Vehicle Accident Reconstruction Seminar"<br>Dr. Rudolph Limpert, Tallahassee, FL |
| 1990 | "Crash Reconstruction Purpose and Principles"<br>Association for the Advancement Automotive Medicine, Orlando, FL |
| 1990 | "Crash Performance Standards and the Biomechanics of Impact: What Are the Relationships?"<br>Association for the Advancement of Automotive Medicine, Orlando, FL |
| 1987 | "Motorcycle Dynamics and Accident Avoidance"<br>Michelin Safety Group, Watkins Glenn, New York |
| 1986 | "Accident Avoidance and Tire Blow-Out Control and Dynamics<br>Michelin Safety Group, Carson City, NV |

## PUBLICATIONS

Benedict, C.E. and Gary K. Matthew. "Selection And Optimization Of A Mechanism To Drive An Orange Tree Canopy Shaker." Paper presented at the New Wave of Technology Workshop at the University of Texas, August 2010.

Buchner, G.B. and C.E. Benedict. "Finding, Understanding and Utilizing the Coefficient of Friction." Paper presented at the ATLA National College of Advocacy Conference, 1995.

Benedict, C.E. and D. Tesar. "Model Formulation of Complex Mechanisms with Multiple Inputs: Part II – The Dynamic Model." Paper presented at the Transactions of the Winter ASME Meeting, 1977.

Benedict, C.E. and D. Tesar. "Model Formulation of Complex Mechanisms with Multiple Inputs: Part I – Geometry." Paper presented at the Transactions of the Winter ASME Meeting, 1977.

Benedict, C.E. and D. Tesar. "The Use of Influence Coefficients in Treating the Dynamics of Machine Problems." Proceedings of the Applied Mechanisms Conference, Paper No. 43, 1973.

Benedict, C.E. "Dynamic Response Analysis of Complex Mechanisms Systems with Multiple Inputs." Ph.D. diss., University of Florida, 1971.

Benedict, C.E., D. Tesar and G.K. Matthew. "Torque Balancing of Machines by Sub-Unit Cam Systems." Proceedings of the Applied Mechanisms Conference, 1971.

Benedict, C.E. and D. Tesar. "Dynamic Response of a Mechanical System Containing a Coulomb Friction Force." Transactions of the International Federation of Theory of Machines and Mechanisms, 1971.

Benedict, C.E. and D. Tesar. "Dynamic Response Analysis of Quasi-Rigid Mechanical Systems Using Kinematic Influence Coefficients." *International Journal of Mechanisms*, 1971.

Benedict, C.E. and J.S. Smith. "Design by Second Order Derivative Specifications." *Mechanical Engineering News*, Feb, 1971.

Benedict, C.E. and D. Tesar. "Optimal Torque Balance for a Complex Stamping and Indexing Machine." Paper presented at the ASME Mechanisms Conference, 1970.

Benedict, C.E and D. Tesar "Analysis of a Mechanical System Using Kinematic Influence Coefficients." Paper presented at the Applied Mechanisms Conference, Oklahoma State University, 1969.

Benedict, C.E. "Dynamic Response Analysis of Real Mechanical Systems Using Kinematic Influence Coefficients." Masters thesis, University of Florida, 1969.

Benedict, C.E. "Response Analysis and Optimization of Parameters of a Spring Loaded High Pressure Gas Regulator." High Honors Project, University of Florida, 1968.


## PRESENTATIONS

Benedict, Charles E. "Biomechanics of Motor Vehicle Accidents." Lynn University Course on Biomechanical Trauma, Miami, FL, May 17, 2002.

Benedict, Charles E. "Accident Reconstruction, Collision Dynamics and Injury Mechanisms." Lynn University Course on Biomechanical Trauma, Miami, FL, October 18, 1996.

Benedict, Charles E. "Accident Reconstruction, Collision Dynamics and Injury Mechanisms." Lynn University Course on Biomechanical Trauma, Miami, FL, May 10, 1995.

Benedict, Charles E. "Accident Reconstruction: Capturing the Jury's Attention." Risk Insurance Management Society Conference, Naples, FL, August 18, 1995.

Benedict, Charles E. "Finding, Understanding and Utilizing the Coefficient of Friction." Association of Trial Lawyers of America, National College of Advocacy Conference, Dallas, TX, September 23, 1995.

Benedict, Charles E. "Accident Reconstruction, Collision Dynamics and Injury Mechanisms." Lynn University Course on Biomechanical Trauma, Miami, FL, January 20, 1994.

Benedict, Charles E. "The Coloney Ammunition Loading System." American Defense Preparedness Association – Loading, Assembly & Packing Ammunition Technology, 1978.

Benedict, Charles E. "Dynamics of Machinery." NSF Workshop, Oklahoma State University, 1971.


## PATENTS & PATENTS PENDING

Benedict, Charles E., Scott K. Bladen, James R. Dobbs, et al. "Automated Material Handling System With Load Transportation Vehicles." US Patent No. 7,931,431 B2, filed September 5, 2006 and issued April 26, 2011.

Benedict, Charles E., Scott K. Bladen, James R. Dobbs, et al. "Overhead Vehicle Storage System." US Patent No. 7,909,558 B2, filed May 2, 2007 and issued March 22, 2011.

Benedict, Charles E., Scott K. Bladen, James R. Dobbs, et al. "Overhead Boat Storage System." US Patent No. 7,850,412 B2, filed May 2, 2007 and issued December 14, 2010.

Benedict, Charles E. and Gary K. Matthew, "Linkage Drive Mechanism For Citrus Harvesters." U.S. Provisional Patent Application No. 61/377997, filed August 30, 2010.

Benedict, Charles E., Scott K. Bladen, James R. Dobbs, et al., "3D-AGV Parking Garage." U.S. Patent Application No. 12/855017, filed August 12, 2010.

Benedict, Charles E., Scott K. Bladen, James R. Dobbs, et al., "Material Handling And Storage/Warehousing System (w/3-D AGV)." Patent Application No. 12/854990, filed August 12, 2010.

Benedict, Charles E., Scott K. Bladen, James R. Dobbs, et al. "Port Storage and Distribution System for International Shipping Containers." US Patent No. 7,753,637, filed March 1, 2007 and issued July 13, 2010.

Benedict, Charles E., Scott K. Bladen, James R. Dobbs, et al., "Port Storage & Distribution System for International Shipping Containers." U.S. Patent Application No. 12/833324, filed July 9, 2010.

Benedict; Charles E. "Non-Inertial Release Safety Restraint Belt Buckle Systems." U.S. Patent No. 7,225,511, filed December 17, 2004, and issued June 5, 2007.

Benedict, Charles E., Scott K. Bladen, James R. Dobbs, et al. "Warehouse Storage System." US Patent Application No. 11/743585, filed May 2, 2007.

Benedict; Charles E. "Permanent and Semi-Permanent Groyne Structures and Method for Shoreline and Land Mass Reclamation." U.S. Patent No. 6,932,539, filed January 20, 2004, and issued August 23, 2005.

Benedict; Charles E., Corbett; Stephen R., Yates; Christian and Booeshaghi; Farhad. "Safety Guard for Band Saws." U.S. Patent No. 6,857,347, filed March 18, 2003, and issued February 22, 2005.

Benedict; Charles E., Thompson; William P., Corbett; Stephen R., Dobbs; James R. and Bladen; Scott K. "Track Mounted Stanchion and Clamp Assemblies for Storage and Dunnage Systems." U.S. Patent No. 6,749,383, filed January 9, 2002, and issued June 15, 2004.

Benedict; Charles E., James R. Dobbs, Christian A. Yates, and Perry L. Ponder. "Adjustable Porous Structures and Method for Shoreline and Land Mass Reclamation." U. S. Patent No. 6,722,817, filed November 18, 2002, and issued April 20, 2004.

Benedict; Charles E. "Non-Inertial Release Safety Restraint Belt Buckle Systems." U.S. Patent No. 7,263,749, filed March 31, 2004, and issued September 4, 2007.

Benedict; Charles E., Brian G. Pfeifer, Christian A. Yates, and Scott K. Bladen. "Automated Shipboard Material Handling and Storage System." U.S. Patent 7,708,514 , filed March 31, 2004, and issued May 4, 2010.

Benedict; Charles E. , William P. Thompson, Stephen R. Corbett, James R. Dobbs, and Scott K. Bladen. "Stanchion and Clamp Assemblies for Storage and Dunnage Systems." U.S. Patent No. 6,705,812, filed January 9, 2002, and issued March 16, 2004.

Benedict; Charles E., James R. Dobbs, and Perry L. Ponder. "Permanent and Semi-Permanent Groyne Structure and Method for Shoreline and Land Mass Reclamation." Japanese Patent No. 3,983,675, filed May 9, 2002, and issued July 13, 2007.

Booeshaghi; Farhad, Charles E. Benedict, Stephen R. Corbett, Christian A. Yates, et al. "Pivotal Guards for Power Hand Tools with Rotating Discs." U.S. Patent No. 6,699,114, filed April 26, 2002, and issued March 2, 2004.

Benedict; Charles E. "Non-Inertial Release Safety Restraint Belt Buckle Systems." U.S. Patent No. 7,073,235, filed February 3, 2004 and issued July 11, 2006.

Benedict; Charles E. "Non-Inertial Release Safety Restraint Belt Buckle Systems." U.S. Patent No. 7,146,692, filed September 25, 2003 and issued December 12, 2006.

Benedict; Charles E., James R. Dobbs, and Perry L. Ponder. "Permanent and Semi-Permanent Groyne Structures and Method for Shoreline and Land Mass Reclamation." U. S. Patent No. 6,558,075, filed May 10, 2001, and issued May 6, 2003.

Benedict; Charles E. "Automated Material Handling System with Motorized Transfer Vehicles." U.S. Patent No. 7,101,139, filed May 6, 2003 and issued September 5, 2006.

Benedict; Charles E. "Non-Inertial Release Safety Restraint Belt Buckle System." U.S. Patent No. 6,539,595, filed June 29, 2001, and issued April 1, 2003.

Benedict; Charles E. and Donald M. Stumpf. "Vehicle Light, Windshield Wiper Control System." Canadian Patent No. 2,141,819, filed August 3, 1992, and issued February 11, 2003.

Benedict; Charles E., James R. Dobbs, Christian A. Yates, and Perry L. Ponder. "Adjustable Porous Structures and Method For Shoreline and Land Mass Reclamation." U. S. Patent No. 6,481,926, filed April 9, 2001, and issued November 19, 2002.

Benedict; Charles E. and Donald M. Stumpf. "Vehicle Light, Windshield Wiper Control System." Canadian Patent No. 2,115,169, filed August 3, 1992, and issued November 12, 2002.

Benedict; Charles E. "Doorstop." U.S. Patent No. 6,120,072 filed June 28, 1999, and issued September 19, 2000.

Benedict; Charles E., Douglas A. Newcomer, Gregory W. Hatcher, Timothy M. Cheek, and Douglas R. Stahl. "Safety Guard Stop For Power Saws." U. S. Patent No. 6,119,569, filed June 30, 1997, and issued September 19, 2000.

Benedict; Charles E. "Temperature Responsive Fluid Flow Controllers. U.S. Patent No. 5,984,195, filed May 15, 1997, and issued November 16, 1999.

Benedict; Charles E. Temperature Responsive Valves and Method of Regulating Fluid Flow Therethrough." U.S. Patent No. 5,967,409, filed May 11, 1998, and issued October 19, 1999.

Benedict; Charles E., Douglas A. Newcomer, Gregory W. Hatcher, Timothy M. Cheek, and Douglas R. Stahl. "Miter Saw Blade Guards." U.S. Patent No. 5,950,514, filed February 28, 1997, and issued September 14, 1999

Benedict; Charles E. "Adjustable Porous Groynes and Method for Shoreline Reclamation." U.S. Patent No. 5,944,443, filed February 23, 1998, and issued August 31, 1999

Benedict; Charles E. "Pool Skimmer Screens." U.S. Patent No. 5,935,450, filed December 4, 1997, and issued August 10, 1999.

Benedict; Charles E., Douglas A. Newcomer, Gregory W. Hatcher, Timothy M. Cheek, and Douglas R. Stahl. "Radial Arm Saw Blade Guard." U.S. Patent No. 5,918,522, filed June 27, 1997, and issued July 6, 1999.

Benedict; Charles E. "Double Relay Light Switching System for Providing Daytime Running Lights for Vehicles." U.S. Patent No. 5,912,534, filed March 17, 1997, and issued June 15, 1999.

Benedict; Charles E. and Patrick Mullins. "Automatic Vehicle Light Relay Switching System for Providing Daytime Running Lights." U.S. Patent No. 5,886,471, filed March 17, 1997, and issued March 23, 1999.

Mullins; Patrick S., Victor C. Cordiano, and Charles E. Benedict. "Automatic Daytime Running Light System." Canadian Patent No. 2,121,015, filed April 11, 1994, and issued October 13, 1998.

Lay; Alvin Loise and Charles E. Benedict. "Spare Wheel Assembly for Trailers." U. S. Patent No. 5,813,687, filed April 8, 1996, and issued September 29, 1998.

Benedict; Charles E. "Biodegradable Groynes." U.S. Patent No. 5,807,024, filed June 17, 1996, and issued September 15, 1998.

Benedict; Charles E. "Temperature Responsive Fluid Flow Controllers." U.S. Patent No. 5,803,354, filed June 18, 1996, and issued September 8, 1998.

Benedict; Charles E., Spencer; L. Clay and Beggs, IV; Thomas J. "Adjustable Porous Groynes and Method for Shoreline Reclamation." U.S. Patent No. 5,720,573, filed January 3, 1996, and issued February 24, 1998.

Chezem; Jim A., Charles E. Benedict, and Arthur Williams. "Door Stop." U.S. Patent No. 5,673,952, filed August 22, 1995, and issued October 7, 1997.

Benedict; Charles E. 1995. "Flow Control Valve Assembly." U.S. Patent No. 5,634,491, filed October 23, 1995, and issued June 3, 1997.

Mullins; Patrick, Charles E. Benedict, and Jay S. Tiedeberg. "Automated Ambient Condition Responsive Daytime Running Light System." U.S. Patent No. 5,614,788, filed August 1, 1995, and issued March 25, 1997.

Mullins; Patrick S., Victor C. Cordiano, and Charles E. Benedict. "Automatic Daytime Running Light System." U.S. Patent No. 5,438,237, filed December 6, 1993, and issued August 1, 1995.

Benedict; Charles E., Thomas B. Middlebrooks, Robert G. Stampfli, Victor C. Cordiano, Charles W. Belt, and Jay S. Tiedeberg. "Adjustable Showerhead Assemblies." U.S. Patent No. 5,294,054, filed January 27, 1993, and issued March 15, 1994.

Bornstein; Irvin, Thomas B. Middlebrooks, Scott M. Eddy, and Charles E. Benedict. "Cam Phase Change Mechanism." U.S. Patent No. 5,253,622, filed February 17, 1993, and issued October 19, 1993.

Bornstein; Irvin, Thomas B. Middlebrooks, Scott M. Eddy, and Charles E. Benedict. "Spring Assist System for Internal Combustion Engine Valves." U.S. Patent No. 5,245,957, filed February 4, 1993, and issued September 21, 1993.

Benedict; Charles E. and Donald M. Stumpf. "Vehicle Light, Windshield Wiper Control System." U.S. Patent No. 5,185,558, filed August 8, 1991, and issued February 9, 1993.

Benedict; Charles E. and Donald M. Stumpf. "Vehicle Light, Windshield Wiper Control System." U.S. Patent No. 5,136,209, filed September 7, 1990, and issued August 4, 1992.

Benedict; Charles E. and Donald M. Stumpf. "Headlight, Windshield Wiper Control System." U.S. Patent No. 4,956,562, filed September 15, 1989, and issued September 11, 1990.

Benedict; Charles E. William P. Thompson and Patricia C. Benedict. "Housing for Article Support Racks." U.S. Patent No. D308,579, filed December 16, 1986, and issued June 12, 1990.

Benedict; Charles E. and Judith B. McGinnis. "Clothing Accessory Rack." U.S. Patent No. 4,771,899, filed January 22, 1988, and issued September 20, 1988

Phipps; Colin S., Joseph W. Arnett, William P. Thompson and Charles E. Benedict. "Extendable Mailbox Trays." U.S. Patent No. 4,753,385, filed February 18, 1986, and issued June 28, 1988.

Benedict; Charles E. "Coffee Filter Ring." U.S. Patent No. 4,735,719, filed February 12, 1987, and issued April 5, 1988.

Benedict; Charles E. and Raymond L. Lancaster. "Multidirectional Material Handling Support and Shuttle Systems." U.S. Patent No. 4,733,783, filed March 25, 1986, and issued March 29, 1988.

Benedict; Charles E., C. Joseph Goeke, William P. Thompson and Patricia C. Benedict. "Telescoping Closet Garment Organizer." U.S. Patent No. 4,723,665, filed January 12, 1987, and issued February 9, 1988.

Benedict; Charles E. "Extendable Closet Organizers." ROC Patent No. 39,279, issued June 1, 1986.

Benedict; Charles E. "Extendable Closet Organizers." U.S. Patent No. 4,585,127, filed September 25, 1984, and issued April 29, 1986.

Benedict; Charles E. "Extendable Closet Organizers." U.K. Design Patent No. 2,164,838, issued April 3, 1986

Benedict; Charles E. "Extendable Tie Rack Housing with Cover." U.S. Patent No. D280,785, filed October 12, 1984, and issued October 1, 1985.

Benedict; Charles E. "Extendable Tie Rack Housing." U.S. Patent No. D280,575, filed October 12, 1984, and issued September 17, 1985.

Benedict; Charles E. "Article Support Rack." U.S. Patent No. D280,049, filed October 12, 1984, and issued August 13, 1985.

Benedict; Charles E. "Article Support Rack." U.S. Patent No. D280,048, filed October 12, 1984, and issued August 13, 1985.

Benedict; Charles E. "Article Support Rack." U.S. Patent No. D280,047, filed October 12, 1984, and issued August 13, 1985.

Benedict; Charles E. "Article Support Rack." U.S. Patent No. D280,046, filed October 12, 1984, and issued August 13, 1985.

Benedict; Charles E. "Article Support Rack." U.S. Patent No. D280,045, filed September 12, 1984, and issued August 13, 1985.

Benedict; Charles E. "Extendable Tie Rack and Cover Therefore." U.S. Patent No. D277,436, filed December 27, 1982, and issued February 5, 1985.

Benedict; Charles E. "Extendable Tie Rack." U.S. Patent No. D277,248, filed December 27, 1982, and issued January 22, 1985.

Benedict; Charles E. "Tie Rack." U.K. Design Patent No. 1,013,691, filed December 27, 1982, and issued October 6, 1983.

Benedict; Charles E. "Tie Rack." U.K. Design Patent No. 1,013,692, filed December 27, 1982, and issued October 6, 1983.

Benedict; Charles E., Kenneth G. Kimsey, Jr. and Robert A. Freeman. "Linked Container Article Carrier." U.S. Patent No. 4,385,696, filed August 21, 1981, and issued May 31, 1983.

Benedict; Charles E. "Tie Rack." ROC Design Patent No. 7375, filed December 27, 1982.

Benedict; Charles E. "Tie Rack." ROC Design Patent No. 7376, filed December 28, 1982.

Pollock; Stephen F. and Charles E. Benedict. "Ammunition Supply System." U.S. Patent No. 4,281,583, filed January 9, 1979, and issued August 4, 1981.

Carnley, F. Paul, John Cugini, and Charles E. Benedict. "Apparatus for Orienting Articles Having an Enlarged End." U.S. Patent No. 4,261,680, filed June 6, 1979, and issued April 14, 1981.

Benedict; Charles E. "Article Handling Belt." U.S. Patent No. 4,137,821, filed May 27, 1977, and issued February 6, 1979.

Benedict; Charles E. "Loom Lay Drive Linkage." U.S. Patent No. 3,964,524, filed January 8, 1975, and issued June 22, 1976.

Benedict; Charles E. "Shuttle Drive Linkage For Looms." U.S. Patent No. 3,964,523, filed December 12, 1974, and issued June 22, 1976.

Benedict; Charles E. and Calvin C. Oliver. "Shuttle Box For Looms." U.S. Patent No. 3,901,288, filed February 11, 1974, and issued August 26, 1975.

Benedict; Charles E. and Calvin C. Oliver. "Picker Stick Drive Mechanism for Fly Shuttle Looms." U.S. Patent No. 3,901,287, filed February 11, 1974, and issued August 26, 1975.

Benedict; Charles E. and Calvin C. Oliver. "Lug Strap for Weaving Loom." U.S. Patent No. 3,900,052, filed January 15, 1974, and issued August 19, 1975.


## HONORS AND AWARDS

- General Lewis Brereton Award for Significant Contributions to United States Aerospace, 1978
- Florida Engineering Society, Award for Outstanding Technical Achievement for 1977 for Florida
- Past Board of Directors, Governors Task Force on Target Industries
- Past Board of Directors, Advisory Resource Panel – Governor's Task Force on Science, Engineering and Technology Service to Industry
- Past Board of Directors, Engineering Advisory Council – University of Florida
- SAE Accident Investigation Practices Standards Committee
- Florida Engineering Society, Big Bend Chapter,  Award for Outstanding Technical Achievement for 2007


## REPRESENTATIVE PROJECTS

C.E. Benedict has been involved in machine design, product development, and analysis of over 5,000 accidents during his career, which has spanned more than 39 years. These accidents have involved vehicles of all kinds, equipment, machine systems, and products. His analyses have included accident causation, safety defects, and violations of design and safety standards and codes in many areas, including machine guarding and automotive parts failures, as well as electrocutions, construction accidents, ladders, saws, loaders, conveyors, process equipment, material-handling equipment, agricultural equipment, lumber and industrial equipment, and virtually any electro-mechanical or purely mechanical equipment failures.

Since 1971, C.E. Benedict has directed the design, development, fabrication and operator-training programs for high-rate, programmable, intelligent material-handling systems, machine systems that assemble piece-parts into end-items and commercial and consumer products, as well as material-handling, textile equipment, and production, aircraft and weapons parts and sub-systems. A partial list of these products and machine systems includes:

- Streamline Flow, Mechanically Actuated High Pressure Gas Regulator – Florida Gas Transmission Company

- Nickel Cadmium Rechargeable Battery Assembly Machine – General Electric Company
- Calibrates and Sorts Spirit Glass Thermometer – Hartley Gove Sons Thermometer Company
- Sorting, Orienting, Packaging and Loading of 20mm Ammunition – General Electric Company
- Sorting, Orienting and Packaging 30mm Ammunition – Honeywell Corporation, Olin Corporation – Aerojet Corporation and Bermite Corporation
- Folding and Packaging Disposable Surgical Sheets – Proctor and Gamble Company
- High Speed Minimum Space Yarn Insertion for Weft in 12 Foot Wide Carpet Weaving Machine – Fieldcrest Mills, Inc.
- Dwell Linkage System for Needle Bar Drive on Carpet Tufting Machine – Card Company
- Heavy Kraft Bag Orienter and Feeder for End Sewing – St. Regis Paper Company
- Armor Piercing Incendiary Projectile Assembly Machine – Aerojet Ordinance Company
- Quick Disconnect/Reconnect Linkage for Aircraft Surface Control System – Fairchild Republic Company
- Disposable Surgical Scalpel Assembly Machine – Seamless Corporation
- Vehicle Towable 30mm GAU-8/A Ammunition Loading System for the A-10 Aircraft – U.S. Air Force
- Assemble Semi Pneumatic Rubber Strips into Circular Tires – Amerace Corporation
- Fly Shuttle Loom Mechanical Dwell Linkage for Shuttle Propulsion – Rockwell International
- I.V. Bag Assembly Machine – Seamless Corporation
- Disposable Pen Light Assembly Machine – Concept, Inc.
- Rechargeable NICAD Battery Assembly Machine – SAFT America
- Test Evaluation, Simulation, Analysis and Correction of Crank Shaft Failure Problems – Florida Gas Transmission Company & Natural Gas Pipeline Company of America
- Two-Man Portable (second generation) Automatic Mechanically Operated 30mm GAU-8 Ammunition Loader to Replace Original Vehicle Towable 30mm ALS – U.S. Air Force
- Sealed Lead Acid Battery Assembly Machine – General Electric Company
- Automatic Stagger Feed System for Optimizing the Utilization of Precious Metals in Stamping and Forming Processes – Englehart Industries
- Pen Top and Indent Assembly Machine – A.T. Cross Company
- Credit Card Actuated, Automated Fuel Accounting System (Self Service Fuel Stations) With On Line Computers to Central Base Accounting – U.S. Air Force
- Conceptual design and half scale prototype of Orange Tree Canopy Shaker for Fruit Harvesting – Florida Citrus Commission
- Carpet Loom Needle Drive for Quasi Dwell and Stroke Reduction – Field Crest Mills
- Material Handling System for the CVX Next Generation Aircraft Carrier – U. S. Navy
- Cargo securing, clamping stanchions for weapons, and other supplies for naval supply ships and others – U. S. Navy
- Selective Retrieval and Discharge System for Container Ships – Military Sealift Command

Product lines C.E. Benedict has developed and taken to the consumer market include:

- The Automatic Precipitator Light Control Device, UL Approved, which automatically turns on vehicle headlights when wipers are turned on and turns off lights when ignition is turned off
- The Air-Bearing Turntable with straight line tracking and a magnetically balanced turn arm for the high-end user, audiophile market
- Extendable Closet Organizers for ties, belts, scarves, skirts, slacks, shoes, folded garments, and tools. This line included a mailbox caddie and coffee filter device.
- The Door Jammer, a security device for inward swinging doors
- The Whirl Massage Showerhead
- The Rain Light Switch for Automobiles, which utilized solid state logic to pulse-actuate a mechanical latching relay switch
- A flow control device for maintaining constant output pressure over predetermined range of input responses for liquid and gas systems
- Automatic light switches for vehicles, including  a super daytime running light switch, and three logic-controlled mechanical relays for vehicle lights
- A temperature-responsive fluid valve and controller for showerheads
- A pool-skimmer screen
- An exerciser for back muscles
- Three non-inertial-release buckles for vehicle restraint systems
- A cam system for varying the compression volume of internal combustion engines
- A prototype (full scale) of the Multi-Directional Overhead Conveyor System
- A permeable groyne system for reclaiming beach sand using passive methods

| Court Case # | Court Jurisdiction | Style |
|---|---|---|
| 02-324-CA & 02-315-CA | 19TH CIR, MARTIN CTY, FL, GENERAL JURISDICTION DIV | ELLER, RANDALL & JOHN HARRIS V. PCL CIVIL CONSTRUCTORS, INC. |
| 02-CA-1293(AN) | 19TH CIR, ST LUCIE CTY, FL | KUO, TING & LANYIN SHIH V. CFP MOTORS, LTD D/B/A COGGIN MOTOR MALL & LINDA FRIEDRICH |
| 02 CA 000562 | 1ST CIR, WALTON CTY, FL | THOMASON, FAY & ROY V. OTIS ELEVATOR CO. |
| 031CL07000521-00 | CIR CT, CAMPBELL CTY, VA | BROOKS, DANNY V. CHRYSLER, LLC, DAIMLER CHRYSLER CORP., ET AL |
| 04-6611-CI-011 | 6TH CIR, PINELLAS CTY, FL | PIERCE, PATRICIA, EST OF SHELDON PIERCE V. DEERE & CO. AND SOUTHERN FARM SUPPLY D/B/A SOUTHERN LAWN & TURF EQUIPMENT |
| 05-2007-CA-21803 | 18TH CIR, BREVARD CTY, FL | BATES, DEBORAH, FOR TYLER BATES (MINOR) V. RUTH ANZALONE |
| 05-24306 CA 06 | 11TH CIR, MIAMI-DADE CTY, FL, GENERAL JURISDICTION DIV | ROJAS, ELISA V. ENTERPRISE RENT-A-CAR CO., ET AL |
| 05-3763-CI-08 | CIR CT, PINELLAS CTY, FL | FACTO, ROBERT V. DWYER, GEORGE |
| 05-799-CA | CIR CT, SANTA ROSA CTY, FL | BRANDON, JOHN, EST OF MRS. BRANSON V. ROY ALLEN, PAUL GRISWOLD & GRISWOLD AMERICAN, INC. |
| 05-C-238 | CIR CT, BOONE CTY, WV | BAILEY, DENNIS V. CATERPILLAR, ET AL |
| 05-CA-001139 | 20TH CIR, LEE CTY, FL, CIVIL DIV | GASPAR, JOSE V. ROBERT CAREY |
| 05-CA-5314 | 20TH CIR, LEE CTY, FL | STUFANO, LORI, EST OF MICHAEL STUFANO (MINOR) V. CANDACE PAINTER, MICHAEL BARKLEY & GOOD WHEELS, INC. |
| 06-15557 (12) | 17TH CIR, BROWARD CTY, FL | ORTIZ, EDITH FOR NICOLETTE ORTIZ V. GENERAL MOTORS CORP., TRW AUTOMOBILE HOLDING CORP., ET AL |
| 06-18025 12 | 17TH CIR, BROWARD CTY, FL | PETERSON, MICHAEL V. PUBLIX SUPER MARKETS, INC., SHAWN SMITH & FLORIDA PESTGUARD, INC. |
| 06-335-CA | 3RD CIR, COLUMBIA CTY, FL, CIVIL DIV | ROBERTS, LEESA, EST OF JESSE ROBERTS, JR. & FOR JESSE ROBERTS, III V. FPL GROUP, INC. D/B/A FL POWER & LIGHT CO., ET AL |
| 06-452-CA | 19TH CIR, MARTIN CTY, FL | MINNIS, JACQUELINE V. FORD MOTOR CO. & ADVANTAGE FORD OF STUART, INC. |
| 06-C-0318 | CIR CT, CABELL CTY, WV | SPENCE, WILLIAM & PATRICIA V. HOMIER DISTRIBUTING CO., INC. & CHITTUM, INC. D/B/A MILTON CHEVRON |
| 06-C-142 | CIR CT, LINCOLN CTY, WV | OLDAKER, SHARON & EMILY V. FORD MOTOR CO. & BERT WOLFE FORD, INC. |
| 06-C-66 | CIR CT, MONROE CTY, WV | HOKE, BRENDA & DANIEL, EST OF JUSTIN HOKE (MINOR) V. SUNRISE MOTOR SPORTS D/B/A FREEDOM MOTORSPORTS, POLARIS INDUSTRIES, INC., ET AL |
| 06-CA-4478 | 20TH CIR, LEE CTY, FL, CIVIL DIV | BATES, MICHAEL V. TRACY HANEY & JACKIE TAYLOR |
| 06 SV 1133 | STATE CT, HENRY CTY, GA | PARKS, PEGGY & CEDRIC, SR. & CEISHA & CANDACE PARKS (MINORS), ET AL V. ERIC JONES, HYUNDAI MOTOR AMERICA, INC., ET AL |
| 0622-CC07232, DIV 1 | CIR CT, ST LOUIS, MO | WELCH, ORLANDO; CHARLES JOINER, DEMETRIUS WRIGHT & DWIGHT FOSTER V. FORD MOTOR CO. |
| 07-014579, DIV F | 13TH CIR, HILLSBOROUGH CTY, FL, CIVIL DIV | STALLEY, DOUGLAS, GUARDIAN FOR MISTY SCHROEDER V. DONALD ECKERT & STEPHEN GOULD CORP. A/K/A STEPHEN GOULD PAPER CO., INC. |
| 07-256-CA-G | 5TH CIR, MARION CTY, FL | MEYER, JESSICA V. FITZGERALD JOHNSON, MARGIE WOOD TRUCKING, INC. & BELLEVIEW TRANSPORT, INC. |

| Court Case # | Court Juristiction | Style |
|---|---|---|
| 07-CA-000409 | 4TH CIR, DUVAL CTY, FL | JOHNSON, CHIMERE, EST OF BRENDA TRIPP-JOHNSON V. THE HERTZ CORP., KECIA MCFADDEN & FORD MOTOR CO. |
| 08-08851, DIV-1 | 13TH CIR, HILLSBOROUGH CTY, FL | BOTTINI, MARY, EST OF GERARD BOTTINI V. MARISSA PENSA & GEICO |
| 08-31696 | 2ND CIR, LEON CTY, FL | STATE OF FL V. DANIEL TAPPEN |
| 08-3886 CA 01 | 15TH CIR, PALM BEACH CTY, FL | MURPHY, GREG V. BLACK & DECKER D/B/A DEWALT TOOLS |
| 08-56892 CA 27 | 11TH CIR, MIAMI-DADE CTY, FL, GENERAL JURISDICTION DIV. | TORRES, WILSON, EST OF MYRIAM DEL SOCORRO-LOPEZ V. LUIS CRUZ-GOVIN, JUIS CRUZ, JR. A/K/A LUIS CRUZ-GOVIN & CLARIBEL LOPEZ-CRUZ |
| 08-CA-023734 | 20TH CIR, LEE CTY, FL | EICK, EDWARD V. ELENA GOLOVANOVA & DARIA KACHEPAROVA |
| 08-CA-2176-CI | 9TH CIR, OSCEOLA CTY, FL | FEBUS, MANUEL & MARY, EST OF ARNOLDO FEBUS (MINOR), ET AL V. STEVE & VALERIE POPOVICH |
| 08-CA-8747 | 20TH CIR, LEE CTY, FL | WILHITE, MICHAEL V. MARK BABCOCK & LUIS VELEZ |
| 08 CA 1542 | 2ND CIR, LEON CTY, FL | LIU, XIAO-LI, FOR MIN JIANG (MINOR) V. ROADWAY EXPRESS, INC., PENSKE TRUCK LEASING CORP. & HENRY BOONE |
| 08,0022 CI | CIR CT, WARREN CTY, MS | ALLEN, SHARON V. JOLYNDA & DAVID (DR.) HALINKSI, FOR JOSEPH HALINKSI (MINOR) |
| 09-022542 | 17TH CIR, BROWARD CTY, FL | MACCHI, MARIANO V. ERIC SALOANA & HOLMAN AUTOMOTIVE, INC. |
| 09-C-1703 | CIR CT, KANAWHA CTY, WV | BEACHUM, LEETTA, EST OF SHANA COWLEY V. TIMOTHY JOSEPH WHITE |
| 09-CP-42-3580 | 7TH CIR, CT OF COMMON PLEAS, SC | WARD, DUSTIN V. CHRYSLER, LLC |
| 09 9402, DIV C | 13TH CIR, HILLSBOROUGH CTY, FL | STONE, ANGELA, EST OF SHELBY HAGMAN AND LARRY & DEBRA WYNN V. KIA MOTORS CORP., CHRISTOPHER & BARRY MARCONE, ET AL |
| 09 CV 02062 | US DIST CT, CENTRAL DIST OF IL | MURPHY, JERMALE & MEGAN WHITNEY, EST OF JERMYLIN MURPHY (MINOR) V. FISHER-PRICE, INC. & TARGET CORP. |
| 09 SV 172 | STATE CT, LIBERTY CTY, GA | CAMMACK, DEAN & TIFFANY V. COASTAL INDUSTRIAL CONTRACTING CO., INC. |
| 10-3264-CA | 20TH CIR, COLLIER CTY, FL, CIVIL ACTION | LEFEBVRE, LISA V. ALLSTATE INSURANCE CO. & DIANE WEIGHART |
| 10-60406 CA 21 | 11TH CIR, MIAMI-DADE CTY, FL, GENERAL JURISDICTION DIV | GONZALEZ, CRISANTO & SONIA V. BIRD SQUARE PLAZA MGT, INC. |
| 16-2006-CA-004378 DIV: CV-G | 4TH CIR, DUVAL CTY, FL | BULLOCK, ROBERT & AMY, EST OF ALYSSA & ROBERT BULLOCK (MINORS) V. MANLEY TOY DIRECT, LLC, ET AL |
| 16-2006-CA-004475 | 4TH CIR, DUVAL CTY, FL | PALMA, VICTOR & JORGE MENA, EST OF MERCEDES PINEDA V. GENIE INDUSTRIES, INC., ET AL |
| 16-2007-CA-7805, DIV CV-E | 4TH CIR, DUVAL CTY, FL | GREENE, DAVID V. BILLIE HORTON-CLEMENTS & MENDOTA INSURANCE CO. |
| 1996 CA 1271 & 96-1271-CA-01 DIV C | CIR CT, ESCAMBIA CTY, FL | CARDENAS, TINA, FOR LUCAS CARDENAS (MINOR) V. DIANE PARRISH, EST OF FRANK PARRISH, JR. V. RONALD CARDENAS, JR. |
| 1:07-CV-01867-AWI-GS | U.S. DIST CT, EASTERN DIST OF CA, FRESNO DIV | ALI, RAMZ V. ROBERT BOSCH TOOL CORP. & HOME DEPOT U.S.A., INC. |
| 1:08-CV-115(WLS) | US DIST CT, MIDDLE DIST OF GA | MILLS, ROY, II BY ROY MILLS, SR. V. KIA MOTORS AMERICA, INC., ET AL |

| Court Case # | Court Jurisdiction | Style |
|---|---|---|
| 1:10-CV-188-NDF | US DIST CT, WY | WITHROW, DARREL V. ARCTIC CAT, INC. |
| 2002-0043CI | CIRCUIT COURT, LEFLORE CO., ALABAMA | RAINES, MICHAEL B., EST OF MICHAEL C. RAINES V. KITTLE HEAVY HAULING, ET AL |
| 2002-144W & 2002-145B | CIR CT, CLARKE CTY, MS | GRANT, KELLY, ESTS OF MAKAYLA & MEMORY MAGGARD (MINORS) V. DORIS RILEY, FORD MOTOR CO., ET AL |
| 2004 CA 003836 S | 1ST CIR, OKALOOSA CTY, FL | BECKER, LARRY & DONNA V. THOMAS INSULATION, INC. & MCHENRY ELECTRIC, INC. |
| 2005-CP-19-244 | CT OF COMMON PLEAS, EDGEFIELD CTY, SC | BARTLEY, FREDDIE, EST OF RACHEL BARTLEY V. JIM SATCHER, INC. & FORD MOTOR CO., INC. |
| 2005 CA 001521 | 1ST CIR, PENSACOLA, FL | WELCH, DIANNA, EST OF KENNETH WELCH V. PV HOLDING D/B/A AVIS RENTAL CAR SYSTEMS, INC. |
| 2006-CA-007315 DIV H | CIR CT, HILLSBOROUGH CTY, FL | DEPEW, KRISTIN V. USAA CASUALTY INS CO, CHRISTOPHER ROBORDS, ET AL |
| 2006-CA-342 | 8TH CIR, ALACHUA CTY, FL | YOUNG, ZANDER & EARLY V. TREVOR WOODEN & CLARKSVILLE REFRIGERATED LINES I, LTD. |
| 2006 CA 2522 D | 1ST CIR, ESCAMBIA CTY, FL | MURPHY, DAVID, EST OF BEVERLY MURPHY V. LARRY & PATRICIA PERRYMAN, ET AL |
| 2007-12-0916 | 2ND DIST, CHEROKEE CTY, TX | GOODSON, JOSHUA & DONNA FOR DALLIS GOODSON (MINOR) V. STRYKER CREEK POWER PLANT, ET AL |
| 2007-CV-0141-A | 197TH DIST, WILLACY CTY, TX | CRUZ, SARA, EST OF RAMON CRUZ (MINOR), ET AL V. JESUS GUZMAN REYES, JUAN LOPEZ, ROSA GUZMAN, ET AL V. FORD MOTOR CO., GOODRICH CORP. D/B/A BF GOODRICH, ET AL |
| 2008 CV 148055 | SUPERIOR CT, FULTON CTY, GA | BROOKS, LENORA, GUARDIAN OF MINOR CHILDREN FOR EST OF LAVERNE ROBINSON V. UNITED PARCEL SERVICE, ET AL |
| 2008 CV 161895 | SUPERIOR CT, FULTON CTY, GA | HERNANDEZ, ANDREA, EST OF FLORENTINO HERNANDEZ V. BAXLEY EQUIPMENT CO., COMACT INC., ET AL |
| 2009-10005-CIDL | 7TH CIR, VOLUSIA CTY, FL | BLAILE, STEVEN V. MIGUEL RUIZ, JR. |
| 2010-CA-012286 DIV: CV-A | 4TH CIR, DUVAL CTY, FL | ROGERS, JUDITH, EST OF JOSEPH ROGERS, JR. V. JAY HOME MEDICAL EQUIPMENT, INC. |
| 251-04-883 CIV | 1ST DIST, HINDS CTY, MS | PATE, ROGER, SR., EST OF ROGER PATE, II (MINOR) V. HONG JIN CROWN CORP., LEMANS CORP., ET AL |
| 2:07-CV-00809-RDP | U.S. DIST CT, NCAL CIVIL ACTION | WALTERS, REBECCA & JOHN FARROW, EST OF EVELYN FARROW & JUSTIN HUBBARD V. USF HOLLAND, INC., ET AL |
| 2:08-CV-96 | US DIST CT, SOUTHERN DIST OF GA, BRUNSWICK DIV | OSTEEN, MARIA & HARRY V. ROBERT BOSCH TOOL CORP. |
| 2:08 cv 01700-ANB | US DIST CT, WESTERN DIST OF PA | ELICK, CHRISTINE V. FORD MOTOR CO. |
| 2:09-cv-788-FtM-29DNF | US DIST CT, MIDDLE DIST OF FL, FT MYERS DIV | FERNANDEZ, MARILYN, EST OF PORFIRIO CABRERA V. JLG INDUSTRIES, INC., ET AL |
| 3:07-CV-00133-MCR-EMT | US DIST CT, NORTHERN DIST OF FL, PENSACOLA DIV | HENDRIX, RHONDA, FOR GATLIN PERRYMAN (MINOR) V. EVENFLO CO., INC. |
| 3:08-CV-37-J-32HTS | US DIST CT, MIDDLE DIST OF FL, JACKSONVILLE DIV | BEAUREGARD, WILLIAM, EST OF SARAH BEAUREGARD (MINOR) V. CONTINENTAL TIRE NORTH AMERICA, INC. |
| 3:10-cv-978-J-99MMH-JU | US DIST CT, MIDDLE DIST OF FL, JACKSONVILLE DIV | MOBILE SHELTER SYSTEMS USA, INC. V. GRATE PALLET SOLUTIONS, LLC & THOMAS BUCK |
| 50 2004 CA 010958XXXMB AE | 15TH CIR, PALM BEACH CTY, FL | BENEBY, BOBBIE WRIGHT V. LIMODOR PARVILUS, YUNIEL TRUCKING, INC., ET AL |

| Court Case # | Court Juristiction | Style |
|---|---|---|
| 50 2006 CA<br>010076XXXXMB AF | 15TH CIR, PALM BEACH CTY, FL | TROTTIE, DYEZRA, EST OF JASON NEALIE FOR ASHLEY NEALIE (MINOR) & TAMIKA SANDS V. OSHKOSH TRUCK CORP., ET AL |
| 50 2010 CA<br>003736XXXXMB AD | 15TH CIR, PALM BEACH CTY, FL | HORKOTT, ALETA & FRANK V. PALM BEACH MALL, LLC, ET AL |
| 50 2010 CA<br>006006XXXXMBAN | 15TH CIR, PALM BEACH CTY, FL | THIBODEAU, JASON V. ROY GOODSON |
| 53-2008-CA-12328,<br>SECTION 11 | 10TH CIR, POLK CTY, FL | SNYDER, PAMELA, EST OF DARREN SNYDER V. JENNING'S MOBILE HOME SETUP, LLC, BEALL'S, INC., ET AL |
| 54-514 DIV "B" | 25TH DIST, PLAQUEMINES PARISH, LA | AKERS, DANIEL V. BROWN'S TIRE REPAIR SERVICE, C & C MARINE AND REPAIR, LLC & ABC INSURANCE CO. |
| 56 2009 CA 2432 | 19TH CIR, ST LUCIE CTY, FL, CIVIL DIV | THIERY, MARYON & ROBERT, SR. V. FL POWER & LIGHT CO., ET AL |
| 70 CV-2008-900025 | CIR CT, TALLAPOOSA CTY, AL | MCSHAN, KEVIN & CASSANDRA V. WILLIAM SCHULER, W & W Pallets, LLC, ET AL |
| 8:08-CV-853-I-30MSS | US DIST CT, MIDDLE DIST OF FL, TAMPA DIV | UNITED RENTALS, INC. V. KIMMINS CONTRACTING CORP. |
| 8:09-CV-1892-T-30TBM | US DIST CT, MIDDLE DIST OF FL, TAMPA DIV | CANNIOTO, ROBERT & BONNIE V. LOUISVILLE LADDER, INC., ET AL |
| 99-2597-CA, DIV CV-G | 4TH CIR, DUVAL CTY, FL | RIGGINS, MARY & BRUCE, FOR CALEB RIGGINS V. ROBERT CONNELL, ROGER CONNELL AND CONNELL & SON, INC. |
| C-2136-04-C | 139TH DIST, HIDALGO CTY, TX | RAMOS, NORMA & GREGORIO V. FIESTA ONE LINCOLN MERCURY, LTD. D/B/A FIESTA AUTO CENTER |
| C01-1229 | 7TH CIR, PENNINGTON CTY, SD | RUSSO, SHARON, FOR JESSICA RUSSO & EST OF NATASHA PENDERGRASS V. GENERAL MOTORS, TAKATA CORP., TK HOLDINGS, INC., ET AL |
| CA 005157 AN | 15TH CIR, PALM BEACH CTY, FL | MCMILLAN, ANDREA, FOR CHRISTOPHER MCMILLAN V. RYDER TRUCK, MICHAEL DONOHUE, ET AL |
| CACE 06-11575 09 | 17TH CIR, BROWARD CTY, FL | LIMA, DANIEL V. MICHAEL HONEYCUTT, MICROB CABLE CONTRACTOR, PRO TECH BUILDING SYSTEMS, ET AL |
| CACE 06 3803(02) | 17TH CIR, BROWARD CTY, FL | RINKUS, ERIC & SHANNON, FOR ZANE RINKUS (MINOR) V. COASTAL CONSTRUCTION SERVICES, LLC, FORM WORKS, INC., ET AL |
| CI 02 AN 2780 | 9TH CIR, OSCEOLA CTY, FL | SZNERCH, CATHLEEN, EST OF PETER & ALICIA SZNERCH, ET AL V. DIANA JIMENEZ, DAILEY FOODS D/B/A B. T. BONE STEAKHOUSE, ET AL |
| CI06AN2524 | 9TH CIR, OSCEOLA CTY, FL | WALTERS, BEVERLY, EST OF JAMES WALTERS V. HENSEL PHELPS CONSTRUCTION |
| CV-06-2263 | 13TH CIR, MOBILE CTY, AL | LEYTHAM, TONYA LEANN, EST OF TIFFANY STABLER V. KIA MOTORS AMERICA, INC., ET AL |
| CV-06-26JWM | CIR CT, WILCOX CTY, AL | PHILLIPS, LAWANNA, FOR MICHEAL JONES. V. WEYERHAEUSER CO., SMITH, LYNWOOD, ET AL |
| CV-07-000031 | CIR CT, WASHINGTON CTY, AL | LANKFORD, TROY V. OLIN CHEMICAL CORP., SAFETY SOURCE, INC., JOSEPH WORKMAN, ET AL |
| CV-07-318 | CIR CT, BALDWIN CTY, AL, CIVIL ACTION | HANCOCK, THOMAS & MARIE V. DAVID THORNE, THORNE PROPERTIES & PERRY ALBERT HAND ENGINEERING |
| CV-2001-0121-H | CIR CT, HENRY CTY, AL | CROUCH, JAMES, IV & WILLIAM DAVIS, EST OF PAMELA DAVIS V. FORD MOTOR CO., TRW, INC., MARY BUIE, ET AL |
| CV-2008-900047 | CIR CT, CLARKE CTY, FL | LOPER, RODNEY, EST OF CECIL LOPER V. RINNAI AMERICAN CORP., RINNAI CORP., ET AL |
| DC 08-1475-K | 192ND DIST, DALLAS CTY, TX | ZAMARRIPA, HILARIO & FELIPA V. VENETIAN CUSTOM HOMES, ECi, HOME DEPOT, ET AL |

| Court Case # | Court Jurisdiction | Style |
|---|---|---|
| G00-2887, DIV 08 | 10TH CIR, POLK COUNTY, FL, CIVIL DIV | TAYLOR, DENNIS & FRENCH; TINA TAYLOR FOR WAYNE TAYLOR, ET AL V. HYDRAFLEX, ULTRAFLEX, UFLEX, ET AL |
| ST CV 06-00147-CO | STATE CT, CHATHAM CTY, GA | DEWEESE, KIRK V. GA PORTS AUTHORITY & APM TERMINALS |