# Collision Research & Analysis, Inc.
## Accident Reconstruction Specialists

David Blaisdell
Andrew Levitt
Gregory Stephens
Ernest Klein
Uwe Meissner
Angelo Toglia
Samuel White
Susan Levitt
David Michalski
Mark Meissner

2707 Jahn Avenue NW B-1
Gig Harbor, WA 98335
Telephone (253) 851-0790
Facsimile (253) 851-0791
mailnorth@collisionresearch.com

*Main Office*
2209 W. 190th Street
Torrance, CA 90504
Telephone (310) 400-7559
Facsimile (310) 400-7566
mail@collisionresearch.com

June 3, 2013

Mr. Jim Hollis
**BALCH & BINGHAM LLP.**
30 Ivan Allen Jr. Boulevard, N.W.
Suite 700
Atlanta, GA 30308

Re: Mitchell vs. VW
A Supplementary Report

Dear Mr. Hollis,

It is my understanding that plaintiffs' counsel is still considering whether or not to take my deposition. You have asked that I provide this supplemental report so that there is no question concerning the scope of my expected testimony. This report merely supplements my preliminary report of March 2012, which incorporated all of my opinions in this case at that time. Those preliminary opinions have not changed. They have been confirmed and enhanced by additional work that I have done since that time including a physical inspection of the crash test vehicle and additional load testing on exemplar seats.

As discussed in my preliminary report, Dr. Benedict opines that the "root cause" of the defect that he believes existed in the subject seat, related to two holes in the side panels of the seat. These holes are utilized to mount the optional lumbar adjustor. Many modern seats have a number of holes in their side structures. Holes that are centrally located have little, if any, effect on the strength of a structure such as side beams in the subject seatback.



I knew from the quasi-static test referenced in my first report that the seat was many times stronger than the values given by Dr. Benedict's calculations, and that the energy-absorbing seat deformation was distributed over a number of structures in the seat. (See Figure 17 of my original report.).

**Figure 1.** *Concentrated deformation is below the hole referenced by Dr. Benedict.*

1

I also knew from my observations of the subject seat and of the tested seat, referenced in my original report, that the area of buckling on the side members of the seats was not through the referenced holes, but was below them in a transitional area between the backrest and the recliner assembly.

I felt that the quasi-static test referenced in my original report, should be repeated to directly demonstrate the fallacy of Dr. Benedict's opinions. Two tests were conducted on 2005 VW New Beetle Convertible driver side seats, one with an adjustable lumbar support and one without the adjustable support. (Copies of each test report and videos are attached). In both tests the lower sides of the backrest frame were exposed and both were monitored by real-time video cameras.

The test I conducted on the seat without the adjustable lumbar support demonstrated the initiation of concentrated deformation below the referenced hole after the seatback loading had exceeded 28,000 inch-pounds. This localized deformation occurred only on the outboard side of the seat. This damage pattern is consistent with the test referenced in my original report.

On the seat that included the adjustable lumbar support, the mechanism is attached only to the outboard side of the seat. This installation fills the outboard hole, leaving the inboard hole empty. Notwithstanding the addition of the lumbar support mechanism, the test conducted on this seat also demonstrated the same localized deformation below the referenced hole, only on the outboard side, after the seatback loading exceeded 27,000 inch-pounds. The presence of the lumbar-support adjuster had no effect on the seatback strength when compared to the results of the pull test conducted on the New Beetle seat without the lumbar support adjuster.

Figure 2. *Post-test condition of Seat equipped with Manual Lumbar adjustment mechanism.*

**Driver's Seat With Manual Lumbar Adjustment Mechanism**

**Lumbar Adjustment Knob**

**Inboard Side**

**Outboard Side**

**Area of Concentrated Deformation**

**No Concentrated Deformation in Area Below Lumbar Support Hole**

**Post-Test Photographs**

On July 18, 2012, I had the opportunity to examine the vehicle that had been crash tested by VWAG. At that time I also monitored the removal and de-trim of the driver's seat of that vehicle. Representatives of the plaintiff were also present and participated in the inspection. There was no evidence of any of the concentrated deformation below the Lumbar support hole on either side of the seat. This lack of concentrated deformation is consistent with the seat not having been subjected to loading of sufficient severity to reach the maximum capability of the seat structure.



Figure 3. *The driver's seat structure was not sufficiently loaded to cause the concentrated deformation below the Lumbar adjuster hole referenced by Dr. Benedict.*



Comparing the extent of the overall deformation to the seat back of the two seats is further evidence that the seat in the test vehicle did not reach its maximum capability. Although the deformation patterns are similar, there is obviously much more deformation in the subject seat as a result of the higher impact speed. (See Figure 4). Even though the weight of the driver was similar in the two vehicles, the energy absorbed by the subject seat was substantially higher than that of the test seat.

Figure 4. *The driver's seat is similarly positioned in both vehicles. Note that the backrest is substantially less deformed in the test seat.*

3

The presence of the holes for a lumbar-support adjuster has no effect on the overall deformation pattern that exists after the 2005 VW New Beetle Convertible seat has been loaded to its performance limit. The inclusion of an optional lumbar support mechanism in the seat does not increase its strength.

Additionally, the lack of any concentrated deformation below the lumbar-adjustment holes on the crash-tested seat confirms that the accident-crash conditions were substantially more severe than those encountered by the tested vehicle.

Very truly yours,

David M. Blaisdell
Research Engineer