# Collision Research & Analysis, Inc.
*Accident Reconstruction Specialists*

David Blaisdell
Andrew Levitt
Gregory Stephens
Ernest Klein
Uwe Meissner
Angelo Toglia
Samuel White
Susan Levitt
David Michalski
Mark Meissner

2707 Jahn Avenue NW B-1
Gig Harbor, WA 98335
Telephone (253) 851-0790
Facsimile (253) 851-0791
mailnorth@collisionresearch.com

*Main Office*
2209 W. 190th Street
Torrance, CA 90504
Telephone (310) 400-7559
Facsimile (310) 400-7566
mail@collisionresearch.com

June 3, 2013

Mr. Jim Hollis
**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Boulevard, N.W.
Suite 700
Atlanta, GA 30308

Re: Mitchell vs. VW
Supplemental Report

Dear Mr. Hollis,

It is my understanding that the Plaintiff's counsel is still considering whether or not to take my deposition. You have asked me to provide this supplemental report to discuss additional material that I have received and reviewed since my initial report so that everyone is aware of the scope of my expected testimony in the event that I am not deposed.

Since I submitted my preliminary report, I have received and reviewed the digitized 3-dimensional data of the pole impact tested VW New Beetle. I also conducted an inspection of the tested VW New Beetle.

The point of first contact of the pole to the rear of the test vehicle as evidenced by paint transfer onto the test vehicle bumper fascia is very close in proximity to the location of the point of first contact of the tree to the accident vehicle as evidenced by scraping on the accident vehicle bumper fascia. The diameter of the pole used in the test is substantially similar to the diameter of the tree impacted by the accident vehicle. The nature of the damage, and direction of intrusion into the right rear structures of the test vehicle is substantially similar, but of a much lesser magnitude, as that of the accident vehicle as shown in the diagram below.



Further analysis of the vehicle-to-pole test data and test vehicle damage is supportive of previous analysis and calculations for the accident impact, and produces no change to my previous reported delta-V for the accident VW New Beetle in the thirty mph range.

As documented and stated in my preliminary report, the accident VW New Beetle has substantially greater damage to the rear and underside structures than the tested VW New Beetle.



A few examples of the greater damage to the structures and components on the accident vehicle as compared to that observed on the tested vehicle are:

- The direct contact and induced deformation to the chrome trim along the belt line behind the right rear occupant compartment.
- The buckling of the side panel rear of the right side door.
- The deformation to the tow hook and the trunk floor pan area.
- The damage and displacement to the right rear wheel and suspension structures.

The solid blue lines on the underside photographs indicate the maximum crush areas on the two vehicles. The maximum crush comparison shows the greater damage and severity on the accident vehicle.

My findings as stated in my preliminary report still hold true. The 20 mph pole impact test resulting in a max static crush of 19 inches on the test vehicle, confirms my preliminary opinion that the 29 inches of maximum static crush on the accident vehicle was a result of an impact speed with the tree greater than 30 mph.

Very truly yours,

Gregory Stephens
Research Engineer