# Delta V Biomechanics

930 Commercial Street  
Palo Alto, CA 94303

Telephone: (650) 320.8800  
FAX: (877) 819.1969

May 31, 2013

Jim Hollis  
Balch & Bingham, LLP  
30 Ivan Allen Jr. Blvd. NW  
Suite 700  
Atlanta, GA 30308

**RE:   Mitchell v. VW**

Dear Mr. Hollis:

It is my understanding that Plaintiffs' counsel in the above referenced matter is still considering whether he wishes to take my deposition. With the trial approaching, you asked that I further elaborate on the opinions expressed in my preliminary report dated March 30, 2012 so that there are no questions concerning the scope of my expected testimony. That is the purpose of this report.

## Discussion

### Crash Test Vehicle Inspection, Data and Analysis

Since my original report, I have inspected the crash test vehicle in New Jersey. This inspection does not change the opinions I previously expressed, all of which were made after reviewing the crash test report itself, including the video. Actually seeing the crash test vehicle did impress upon me the significant difference in the crush present on the subject vehicle compared to the crash test vehicle.

### Traumatic Brain Injury: Diffuse Axonal Injury

As stated in my first report, Ms. Browning sustained a skull fracture and critical brain injuries. Ms. Browning's critical brain injuries were in the nature of a diffuse axonal injury ("DAI"). A DAI is a type of traumatic brain injury characterized by microscopic damage to axons throughout the white matter of the brain, as well as macroscopic hemorrhages and focal lesions in the corpus callosum and rostral brainstem. Axons are the nerves fibers in the brain. DAI occurs when strain levels in the axons are high – that is, when the axons are forcibly stretched and extended.

The clinical manifestation of DAI is often immediate, prolonged coma that varies in duration based on the severity and extent of the lesions (Bain 2000). Diffuse injuries such as DAI and injuries to the deep brain occur when a rotational component is present (Gennarelli 1972, 1982). Rotational acceleration has been shown to contribute more than 80% to brain strain in motor vehicle accidents (Bain 2000, Margulies 1992, Zhang 2006). An impact to the head that is offset from the head's center of gravity can cause rapid rotation and lead to DAI and brain damage. Moreover, the majority of individuals who sustain DAI in a road accident do not experience a lucid interval. Injury due to a high-speed collision, coma, and early death are hallmarks often

present in individuals who present with DAI. Individuals who sustain severe DAI usually remain unconscious or severely disabled until death (Adams 1982, Blumbergs 1989).

Increased padding in a vehicle would not reduce the likelihood of sustaining a DAI injury because DAI is not caused by impact itself, but by a rotational acceleration of the brain. An individual can still sustain a fatal DAI even if there is no skull fracture.

Ms. Browning's clinical presentation establishes that the critical brain injury she sustained was a DAI. This is first evidenced by her medical records, including those indicating that she sustained a shearing injury, the CT scans demonstrating small hemorrhage near the gray/white matter margin, and her presentation of posturing at the accident scene. Second, Ms. Browning's head impact was offset from her head's center of gravity. Third, Ms. Browning did not experience any lucid interval and remained unconscious until her death.

## Opinions

After review of materials received since the submission of my original report, my opinions remain unchanged. They were and remain as follows, supplemented with additional clarification, which is underlined:

1. The subject collision was an extremely severe one compared to most rear-end collisions.
2. Destin Browning moved rearward and rightward as a result of the collision forces with the tree.
3. Ms. Browning's skull fracture and critical brain injuries were a result of direct contact between the right occipital area of her head and the rear seatback near the trunk pass through, not the pop-up roll bar. Given the force of this collision, Ms. Browning would have sustained a fatal DAI even if she impacted the rear headrest as evidenced by the fact that it is padded in a similar fashion to the rear seat bench that she actually impacted.
4. Ms. Browning died from brain swelling caused by a severe head impact. Specifically, Ms. Browning's fatal brain swelling was a result of diffuse axonal injury to her brain.
5. The driver's seatback in the subject 2005 VW New Beetle absorbs energy, preventing severe head and neck injuries in the greatest range of possible crashes.
6. An ABTS system would not have prevented serious to fatal injury had it been substituted into this crash.

Should you have any questions, do not hesitate to contact me.

Sincerely,

Elizabeth H. Raphael, M.D., F.A.C.E.P.

## Bibliography

1. Adams JH, Graham DI, Murray LS, Scott G. Diffuse axonal injury due to nonmissile head injury in humans: an analysis of 45 cases. *Ann Neurol.* 1982 Dec;12(6):557-63.

2. Bain AC, Meaney DF. Tissue-level thresholds for axonal damage in an experimental model of central nervous system white matter injury. *J Biomech Eng.* 2000 Dec;122(6):615-22.

3. Blumbergs PC, Jones NR, North JB. Diffuse axonal injury in head trauma. *J Neurol Neurosurg Psychiatry.* 1989 Jul;52(7):838-41.

4. Gennarelli TA, Thibault LE, Ommaya AK. Pathophysiologic responses to rotational and translational accelerations of the head. *SAE Paper No. 720970.* 1972:296-308.

5. Gennarelli TA. "Cerebral concussion and diffuse brain injuries" in Torg JS, ed. Athletic Injuries of the Head, Neck and Face. *Lea & Febiger*: Philadelphia, PA, 1982.

6. Margulies SS, Thibault LE. A proposed tolerance criterion for diffuse axonal injury in man. *J Biomech.* 1992 Aug;25(8):917-23.

7. Zhang J, Yoganandan N, Pintar FA, Gennarelli TA. Brain strains in vehicle impact tests. *Annu Proc Assoc Adv Automot Med.* 2006;50:1-12.